## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| Hedge | Civil Action 07-0633 Sect. P |
| versus | Judge Tucker L. Melançon |
| Robert Henderson, Warden | Magistrate Judge Methvin |

### ORDER

Before the Court is petitioner's Motion for Reconsideration [Rec. Doc 16]. As petitioner's Petition for Writ of Habeas Corpus has been transferred the United States Fifth Circuit Court of Appeals for further proceedings, this Court no longer has jurisdiction over this matter [Rec. Doc. 11]. Accordingly, it is

ORDERED that petitioner's Motion for Reconsideration [Rec. Doc 11] is Denied.

Thus done and signed this 10th day of September, 2007 at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE